IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CAROLYN R. WEST,                    )     Case No. 7:05-CV-122-FL
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
WYETH, INC. and WYETH              )
PHARMACEUTICALS, INC.,             )
                                    )
        Defendants.                 )

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN THIS MATTER

## ON THE COURT'S DOCKET

This matter coming on to be heard by the undersigned on Plaintiff's Motion to Maintain this Matter on the Court's Docket; AND IT APPEARING TO THE COURT in the interest of justice that the Plaintiff's motion should be allowed.

NOW, THEREFORE, IT IS ORDERED that the Plaintiff's Motion to Maintain this Matter on the Court's Docket should be and the same is hereby granted and Plaintiff's counsel is to report to this Court the status of this matter by March 15, 2013.

This the 22nd day of January, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge